United States District Court
Middle District of Florida
Jacksonville Division

**SHELLENE MCCAGG,**

    Plaintiff,

v.                                                                                                  **NO. 3:23-cv-917-LLL**

**DA VINCI AUTOMOTIVE, INC.,**

    Defendant.

___

### Order

Before the Court is the parties' Notice of Settlement and Joint Stipulation to Voluntary Dismissal with Prejudice, doc. 33. The parties request the case be dismissed with prejudice and state that each party shall bear its own costs, expenses, and fees. *Id*. at 1.

    It is **ordered**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **dismissed with prejudice**.

2. Each party shall bear its own fees, expenses, and costs.

3. The Clerk is directed to **close** this case and **terminate** all pending deadlines and proceedings.

**Ordered** in Jacksonville, Florida, on May 31, 2024.

*[signature]*
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Bryan Andre Giribaldo, Esquire
Alexander D. Kruzyk, Esquire
Ejola Christlieb Cook, Esquire